# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Felicia J. Dotson ) | |
| ) | |
| v.. ) | Case: 3:12-0035 |
| ) | Judge: Campbell/Brown |
| Metropolitan Transit Authority, et al. ) | |

## O R D E R

It appears that this case is related to several cases that have been removed from Davidson County Circuit Court. Accordingly, all of the Initial Case Management Conferences in these cases will be conducted at the same time as the lead case LeVoy Green v. MTA, et al. and the Initial Case Management conference will be held **March 5, 2012 at 11:00 a.m. before the undersigned.**

It is so **ORDERED.**

/s/ Joe B. Brown
Joe B. Brown
U.S. Magistrate Judge